NO. 07-05-0306-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 17, 2006

______________________________

LEROY L. HORTON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-434070; HONORABLE JIM BOB DARNELL, JUDGE

_______________________________

Before REAVIS and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant Leroy L. Horton’s motion to dismiss his appeal.  Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by appellant.  No decision of this Court having been delivered to date, we grant the motion.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis

     Justice

Do not publish.